IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOY, | CASE NO. CV-F-12-0991 AWI BAM |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| COAST PROFESSIONAL, INC., | |
| Defendant. | |

On August 30, 2012, this Court issued an order setting a status conference in this matter for September 25, 2012. Plaintiff failed to appear at the September 25, 2012 conference and failed inform the Court of the status of the case.

Accordingly, plaintiff shall show cause in writing no later than October 5, 2012 why this action should not be dismissed for failure to comply with this Court's Order. Plaintiff shall explain, at a minimum, why plaintiff did not appear at the hearing and what actions plaintiff has undertaken to prosecute this case. Local Rule 110. Failure to comply with this Order to Show Cause will result in a dismissal of this action.

IT IS SO ORDERED.

Dated:   September 25, 2012            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

1