# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOY, JR.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>COAST PROFESSIONAL, INC.,  )<br>  )<br>    Defendant.  )<br>_____ ) | 1: 12-cv-00991-AWI-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING SCHEDULING CONFERENCE** |

On August 30, 2012, the Court set a telephonic status conference in this action for September 25, 2012. (Doc. 8.) Plaintiff Richard Joy failed to appear at the hearing. On September 25, 2012, the Court issued an Order to Show Cause as to why this action should not be dismissed for Plaintiff's failure to appear at the hearing. (Doc. 10.) On October 5, 2012, Plaintiff's counsel, George Martin, submitted a sworn declaration explaining his failure to attend the hearing was attributable to the recent birth of his child. (Doc. 11, ¶ 3.) Mr Martin additionally explained that a calendaring error occurred in his efforts to have a different attorney appear on his behalf. *Id.*

Having considered the declaration of George Martin, the Court hereby DISCHARGES the September 25, 2012 Order to Show Cause.

1

The Court additionally sets an Initial Scheduling Conference in this matter for November 30, 2012, at 9:00 AM, in Courtroom 8, before the Honorable Barbara A. McAuliffe.  The parties may appear telephonically.

Plaintiff is ORDERED to serve a copy of this Order on Defendant Coast Professional, Inc.

IT IS SO ORDERED.

Dated:   **October 10, 2012**                         /s/ **Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE