```
1  G. Thomas Martin, III, Esq. (SBN 218456)
   PRICE LAW GROUP, APC
2  15760 Ventura Blvd., Suite 1100
   Encino, CA  91436
3  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
4
   Attorneys for Plaintiff,
5  RICHARD JOY
```



FILED
MAY 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOY<br><br>        Plaintiff,<br><br>vs.<br><br>COAST PROFESSIONAL, INC.; and DOES 1 to 10, inclusive,<br><br>        Defendant. | Case No.: 1:12-CV-00991-AWI-BAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, RICHARD JOY, by counsel, and Defendants COAST PROFESSIONAL, INC., and Does 1 to 10, inclusive, by counsel, hereby stipulate and agree that Plaintiff's action against COAST PROFESSIONAL, INC., and Does 1 to 10, inclusive should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

1    Respectfully submitted,

2

3    Date: April 26, 2013            By: /s/ G. Thomas Martin, III
                                      G. Thomas Martin, III, Esq.
4                                     Price Law Group
5                                     15760 Ventura Blvd., Suite 1100
                                      Encino, CA 91436
6                                     Telephone: 818-907-2030
                                      Fax: 818-205-2730
7                                     Email: tom@plglawfirm.com

8

9                                    *Counsel for Plaintiff*

10

11   Date: April 26, 2013            By: /s/ David J. Kaminski
                                      David J. Kaminski
12                                    CARLSON & MESSER LLP
                                      5959 W. Century Blvd, Suite 1214
13                                    Los Angeles, CA 90045
14                                    Telephone: 310-242-2200
                                      Fax: 310-242-2222
15                                    Email: Kaminski@cmtlaw.com

16                                   *Counsel for Defendant*

17

18

19

20

21

22

23

24

25

1  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
   15760 Ventura Blvd., Suite 1100
2  Encino, CA  91436
   T: (818) 907-2030; F: (818) 205-2730
3  tom@plglawfirm.com

4  Attorneys for Plaintiff,
   RICHARD JOY
5

6             UNITED STATES DISTRICT COURT

7             EASTERN DISTRICT OF CALIFORNIA

8

9
                                          Case No.: 1:12-CV-00991-AWI-BAM
10 RICHARD JOY
                                          [~~PROPOSED~~] ORDER GRANTING
11        Plaintiff,                      STIPULATION OF DISMISSAL
                                          WITH PREJUDICE BETWEEN
12 vs.                                    PLAINTIFF AND DEFENDANTS

13
   COAST PROFESSIONAL, INC.; and
14 DOES 1 to 10, inclusive,

15        Defendant.

16                    **[PROPOSED] ORDER**

17        PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of

18 Plaintiff RICHARD JOY against Defendants COAST PROFESSIONAL, INC.;

19 and Does 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff RICHARD

20 JOY and Defendants COAST PROFESSIONAL, INC, and Does 1 to 10, inclusive

21 shall each bear their own costs and attorneys' fees.

22 IT IS SO ORDERED.

23 DATED: 5-1-13                    _____
                                    District Court Judge
24                                  ~~Central~~ District of California
25                                  Eastern